FILED

JUN 27 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEIGH ANN RICHEY,<br><br>Defendant. | CR 11-138-BLG-SPW-2<br><br>ORDER |

For the reasons stated on the record, LEIGH ANN RICHEY is hereby released from the custody of the U.S. Marshal Service.

DATED this 27th day of June, 2017.

Susan P. Watters

SUSAN P. WATTERS
U.S. DISTRICT JUDGE